UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **KILGORE MARINE SERVICES, INC.** | * | **CIVIL ACTION NO. 07-1609** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **FIREMAN'S FUND INSURANCE CO., ET AL** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

The Motion to Dismiss Third Party Demand filed by Cliffe E. Laborde, III [rec. doc. 11] was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

ORDERED that the motion to dismiss be GRANTED, and that the third-party demand is DISMISSED with prejudice.

Lafayette, Louisiana, this 11th day of August, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE